IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

JAY V. YUNIK,  )
        Plaintiff  )
  )
vs.  )  Civil Action No. 08-1706
  )  Judge Donetta W. Ambrose/
CATHERINE C. McVEY,  )  Magistrate Judge Amy Reynolds Hay
Chairperson - Pennsylvania Board of  )
Probation and Parole; et al.,  )
        Defendants  )

## ORDER

AND NOW, this 15th day of June, 2009, after the Plaintiff, Jay V. Yunik, filed an action in the above-captioned case, and after a Motion for Preliminary Injunction was filed by Plaintiff, and after a Report and Recommendation was filed by the United States Magistrate Judge granting the parties until May 15, 2009, to file written objections thereto, upon consideration of the objections [20] & [21] filed by plaintiff, and upon independent review of the record, and upon consideration of the Magistrate Judge's Report and Recommendation, which is adopted as the opinion of this Court,

IT IS HEREBY ORDERED that the Motion for Preliminary Injunction [11] is DENIED.

_____
DONETTA W. AMBROSE
Chief United States District Judge

cc: Honorable Amy Reynolds Hay
United States Magistrate Judge

Jay V. Yunik
EK-5560
SCI Fayette
Box 9999
La Belle, PA 15450-0999